UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

THE BAR PLAN MUTUAL INSURANCE )
COMPANY, )
)
Plaintiff, )
) No. 2:14-cv-00255-JMS-WGH
vs. )
)
ANDERSON & NICHOLS, )
JOHN PAUL NICHOLS, )
CLIFFORD J ANDERSON, )
VICKIE FENOGLIO-MOORE, )
)
Defendants. )

## ORDER TO FILE AMENDED COMPLAINT

Plaintiff The Bar Plan Mutual Insurance Company ("Bar Plan") filed its Complaint on August 21, 2014, alleging that this Court could exercise diversity jurisdiction. [Filing No. 1.] Because one of Bar Plan's underlying jurisdictional allegations is deficient, the Court cannot confirm that diversity jurisdiction exists over this action.

Bar Plan alleges that Defendant Anderson & Nichols is "a partnership organized under the laws of Indiana, with its principal place of business in Terre Haute, Indiana." [Filing No. 1 at 2.] This jurisdictional allegation is insufficient because the citizenship of an unincorporated association is "the citizenship of all the limited partners, as well as of the general partner." *Hart v. Terminex Int'l*, 336 F.3d 541, 542 (7th Cir. 2003). "[T]he citizenship of unincorporated associations must be traced through however many layers of partners or members there may be." *Id.* at 543. Asserting that all partners are citizens of "X" or that no partners are citizens of "X" is insufficient. *See Peters v. Astrazeneca LP*, 224 Fed. Appx. 503, 505 (7th Cir. 2007) (noting the insufficiency of a limited partnership asserting that none of its partners were citizens destroying

diversity "rather than furnishing the citizenship of all of its partners so that [the court] could determine its citizenship").

The Court is not being hyper-technical: Counsel has a professional obligation to analyze subject-matter jurisdiction, *Heinen v. Northrop Grumman Corp.*, 671 F.3d 669 (7th Cir. 2012), and a federal court always has a responsibility to ensure that it has jurisdiction, *Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 427 (7th Cir. 2009).

For these reasons, the Court **ORDERS** Plaintiff Bar Plan to file an Amended Complaint by **September 4, 2014**, properly alleging a basis for this Court's diversity jurisdiction. Defendants need not answer or otherwise respond to Plaintiff's original complaint.


Dated: 8/25/14

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Philip Edward Kalamaros
HUNT SUEDHOFF KALAMAROS
pkalamaros@hsk-law.com